**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-6493**

—————————

VICTOR COLLYN GREENE,

                                        Petitioner - Appellant,

        versus

J. MICHAEL STOUFFER, Warden; STEWART SIMMS,
Secretary,

                                        Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-328-JFM)

—————————

Submitted:  August 15, 2002          Decided:  August 20, 2002

—————————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Victor Collyn Greene, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor Collyn Greene seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Greene v. Stouffer, No. CA-02-328-JFM (D. Md. Feb. 6 & 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2